# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

MAHMOAD ABDAH, et al.,

               Petitioners,

        v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

               Respondents.

Civil Action No. 04-cv-1254 (RCL)

## O R D E R

Upon consideration of Respondents' Unopposed Motion for an Extension of Time to Respond to Petitioner Uthman's Motion to Grant Petition for Writ of Habeas Corpus, it is hereby ORDERED that the motion is GRANTED. Respondent's response to the motion is hereby due no later than June 8, 2018, *nunc pro tunc.*

_____5/28/18_____
Date

The Honorable Royce C. Lamberth
United States Senior District Judge